1004

[No. 3480-2.   Division Two.   August 14, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
E. CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for
Thurston County, No. C–6131, Hewitt A. Henry, J., entered
May 19, 1978. *Affirmed in part* and *remanded* by unpub-
lished opinion per Reed, A.C.J., concurred in by Petrie and
Soule, JJ.

[No. 3181-2.   Division Two.   August 15, 1979.]

THE STATE OF WASHINGTON, *Appellant,* v. LESLIE
C. DAMERON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 51388, Robert A. Jacques, J., entered October
21, 1977. *Reversed* by unpublished opinion per Petrie, J.,
concurred in by Reed, A.C.J., and Soule, J.

[No. 3528-2.   Division Two.   August 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
GOLDSBURY, *Appellant.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 4952, Tyler C. Moffett, J., entered
May 3, 1978. *Affirmed* by unpublished opinion per Pearson,
C.J., concurred in by Reed and Soule, JJ.

[No. 3561-2.   Division Two.   August 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. SYLVESTER
EUGENE McCOY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 35873, Waldo F. Stone, J., entered June 2,
1978. *Affirmed* by unpublished opinion per Pearson, C.J.,
concurred in by Reed and Soule, JJ.